# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KEVIN D. JONES
ADC #112114                                                             PLAINTIFF

v.                   No. 5:18-cv-6-DPM-BD

ROMONA HUFF, Health Service
Supervisor, CCS; and GUY MICHAEL
HENRY, Doctor                                          DEFENDANTS

## ORDER

Motion to reconsider, № 42, denied. Nothing in Jones's new paper changes the Court's conclusion on exhaustion. The Court stands by its August 31st Order. № 40.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 October 2018