# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KEVIN D. JONES**
**ADC #112114**                                            **PLAINTIFF**

v.                                    **No. 5:18-cv-6-DPM**

**ROMONA HUFF, Health Service**
**Supervisor, CCS; and GUY MICHAEL**
**HENRY, Doctor**                                         **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 71, and overrules Jones's objections, № 72. FED. R. CIV. P. 72(b)(3). Huff and Henry's motion for summary judgment, № 58, is granted. It's now clear that, as with his other Grievances, № 40 at 1–2, Jones failed to exhaust Grievance TU-17-627. *Muhammad v. Mayfield*, No. 18-2396, slip op. at 8–10 (8th Cir. 13 Aug. 2019). Jones's motion for judgment on the pleadings, № 70, is denied without prejudice as moot. The Court will dismiss his complaint without prejudice.

So Ordered.

_NPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

21 August 2019