IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEVIN D. JONES
ADC #112114                                                                PLAINTIFF

v.                       No. 5:18-cv-6-DPM

ROMONA HUFF, Health Service
Supervisor, CCS; JOE PAIGE, Warden,
Tucker Unit, ADC; RON BAILEY, Captain,
Tucker Unit, ADC; and GUY
MICHAEL HENERY, Doctor                                                     DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 August 2019